UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER DALE WALLACE,<br><br>Petitioner,<br><br>v.<br><br>DISTRICT ATTORNEY OF SANTA CLARA COUNTY,<br><br>Respondent. | Case No. 17-cv-04306-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 16 |

This federal habeas action is dismissed because there is no basis for habeas relief. Petitioner Roger Dale Wallace, a Louisiana state prisoner, asked through his habeas petition to be brought to California to stand trial on pending charges in Santa Clara County, or have those charges dismissed. The Court ordered respondent to show cause why the petition should not be granted. (Dkt. No. 13.)

In its response, respondent declares that there will be "no further prosecution of the charges" against Wallace, and that the bench warrant issued in 1992 was ordered recalled.[1] (Response to OSC, Dkt. No. 19 at 2.) A letter containing this information was sent by respondent to Wallace on June 12, 2018. (*Id.*, Dkt. No. 19-2 at 1.) Wallace filed no response to respondent's response to the Order to Show Cause.

---

[1] Santa Clara County Docket Number 152073. The charges listed were Cal. Penal Code §§ 496 and 12020(a). (Dkt. No. 19-2 at 1.)

Respondent's acts have removed any basis on which a habeas petition could be based. There will be no prosecution of the charges against Wallace and the bench warrant has been withdrawn. There is no relief this Court can now grant. Accordingly, the petition is DISMISSED.

Wallace's motion for habeas relief is DENIED as moot. (Dkt. No. 16.)

The Clerk shall terminate Dkt. No. 16, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 13, 2018



WILLIAM H. ORRICK
United States District Judge